IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GRAHAM and JANET GRAHAM, | ) ) ) | 07 C 6704 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Judge Shadur |
| CITY OF CHICAGO and CHICAGO POLICE OFFICER P. KELLY (Star No. 13712) and CHICAGO POLICE OFFICER J. BRANDSTETTER (Star No. 9565), and other UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier  JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO:**   Scott J. Frankel
Frankel & Cohen
77 W. Washington, Suite 1720
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' ANSWER TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this February 19, 2008.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825