MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
4-30-2008
APR 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JAMES GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 07 C 6704 |
| | ) | |
| CHICAGO POLICE OFFICERS PETER KELLY | ) | Judge Shadur |
| (Star # 13712) and JASON BRANDSTETTER | ) | |
| (Star # 9565) and the | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

MATTHEW LANGO
Frankel & Cohen
Attorney for Plaintiffs
77 W. Washington, Suite 1720
Chicago, IL 60602
(312) 759-9600
Attorney No. 6286673

DATE: 4-23-08

KATHRYN DOI
Assistant Corporation Counsel
Attorney for Defendant Officers
30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 6274825

DATE: 4/30/08
07 C 6704

CITY OF CHICAGO
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: MEGHAN KENNEDY
MEGHAN KENNEDY
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-9653
Attorney No. 6283230

DATE: 4/30/08