# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6704 | **DATE** | 5/1/2008 |
| **CASE TITLE** | James Graham vs. Chicago Police Officers Peter Kelly, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. All of the claims of plaintiffs, James Graham and Janet Graham, against defendants, City of Chicago, Peter Kelly and Jason Brandstetter, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | SN |
|---|---|---|