MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES GRAHAM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 07 C 6704 ) |
| CHICAGO POLICE OFFICERS PETER KELLY (Star # 13712) and JASON BRANDSTETTER (Star # 9565) and the CITY OF CHICAGO, | ) Judge Shadur ) ) ) ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, James Graham and Janet Graham, by one of their attorneys, Matthew Lango of Frankel & Cohen, defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendants Peter Kelly and Jason Brandstetter, by one of their attorneys, Kathryn Doi, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs, James Graham and Janet Graham, against defendants, City of Chicago, Peter Kelly and Jason Brandstetter, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Milton I. Shadur
United States District Judge

DATED: May 1, 2008